# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DEANGELO EDWARDS, # 271278, a.k.a., Deangelo Edwards-Bey, Petitioner, v. JOHN CROW, *et al.*, Respondents. | CIVIL ACT. NO. 3:19-cv-701-ECM (WO) |

## MEMORANDUM OPINION and ORDER

On February 27, 2020, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Petitioner's failure to comply with the orders of this Court.

A separate Final Judgment will be entered.

Done this 27th day of March, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE